FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 05 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. __4:18-cv-00014-KGB__

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Raymond Harris
   ADC # _____

   Address: 801 Locust Conway AR 72034

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge __Baker__
   and to Magistrate Judge __Deere__

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: David Renyolds
   Position: Judge
   Place of employment: Conway District Court
   Address: 810 Parkway Conway AR
   Name of defendant: Susan K Weaver
   Position: Judge

-4-

Place of employment: Conway District Court

Address: 810 Parkway AR 72034

Name of defendant: Chris Riedmiller

Position: Captain

Place of employment: Faulkner County Detention Center

Address: 500 S German Ln Conway 72034

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___  No ✓

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      ☐ Parties to the previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _Faulkner County Detention Center Unit 1_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 22, 2017 I tryed to report my Benifit card stolen and was not allowed to do so, I tryed 3 other times to Report it stolen on oct 19 in front of Judge Renoylds on October 2d in front of Judge Weaver and on Nov 16 to Judge Renoylds.

The Judges in question have denied me Equal protection under the law Resulting in the loss of more than 5000.00

Statement of Claim
Cont.

On May 6th I signed a property release to Talena Lensky for my Benifit card with the agreement she would Bond me out when she Learned she couldn't Bond me out she agreed to put money on Books for $100 per month But she stole the Debit card Instead

I ask repeatedly to report it stolen or to at Least call the card company to cancell it But the people at the Jail would not Let me I Tried to Report it to the court 3 seperate times I feel they are as Resposible as the person who stole it I get 734.00 per month and this has cost me mor than 5000.00

## Releif Requested

I would like the Defendants to Pay 6000.00 monetary Danagas for the money I Lost and 10,000.00 For violating my Right to report a Crime and Emidiate Release from Jail

RECEIVED
U.S. DISTRICT COURT
2018 JAN -5 AM 9:54
JAMES W. McCORMACK
BY:

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like the court to award me 10,000 Damages and order my realease Immedeatly

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 28 day of December, 20 17

_____
Signature(s) of plaintiff(s)

-8-