IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND HARRIS                                                                              PLAINTIFF

v.                      Case No. 4:18-cv-00014-KGB

DAVID REYNOLDS, *et al*.                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Raymond Harris' claims are dismissed without prejudice (*See* Dkt. Nos. 1, 3, 4). The relief sought by Mr. Harris is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 23rd day of February, 2018.

_____
Kristine G. Baker
United States District Judge